AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Leinenweber, Harry D. | U.S.D.C. (ILLINOIS NORTHERN) | 07/13/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT COURT JUDGE (Senior) | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ✔ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Suite #1946
219 S. Dearborn Street
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Life Member | National Conference of Commissioners on Uniform State Laws |
| 2. | Member, Board of Directors | Good Shepherd Manor, Momence, Illinois |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Illinois General Assembly Retirement | $15,939.84 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Dreyfus Florida Muni Money Market Fund - Director Fees |
| 2. 2014 | Deutsche Bank - Consulting Fees |
| 3. 2014 | Dreyfus NJ Muni Bond Fund - Director Fees |
| 4. 2014 | Dreyfus NY Tax Exempt Bond Fund - Director Fees |
| 5. 2014 | Dreyfus Global Investing - Director Fees |
| 6. 2014 | Dreyfus Strategic World Investment Fund - Director Fees |
| 7. 2014 | Dreyfus Strategic World Investment Fund - Director Fees |
| 8. 2014 | Dreyfus Strategic World Investment Fund - Director Fees |
| 9. 2014 | Dreyfus Florida Intermediate Muni Bond Fund - Director Fees |
| 10. 2014 | Dreyfus Strategic World Investment Fund - Director Fees |
| 11. 2014 | Dreyfus Strategic World Investment Fund - Director Fees |
| 12. 2014 | Dreyfus Strategic World Investment Fund - Director Fees |
| 13. 2014 | Dreyfus Investor GNMA Fund - Director Fees |
| 14. 2014 | Dreyfus 100% U.S. Treasury Short-Term Fund - Director Fee |
| 15. 2014 | Dreyfus 100% U.S. Treasury Intermediate Term Fund - Director Fees |

| Name of Person Reporting | Date of Report |
|---|---|
| Leinenweber, Harry D. | 07/13/2015 |

| 16. 2014 | Dreyfus 100% U.S. Treasury Money Market Fund - Director Fees |
|---|---|
| 17. 2014 | Office of Personnel Management - Congressional Retirement |
| 18. 2014 | Dreyfus Strategic Growth fund - Director Fees |
| 19. 2014 | Neiman Marcus - Residuals from Previous Directorship *See Section VIII for Additonal Comments. |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leinenweber, Harry D. | 07/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leinenweber, Harry D. | 07/13/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. J.P. Morgan Chase checking account | C | Interest | K | T | | | | | *See Notes in Section VIII |
| 2. J.P. Morgan Chase checking account | C | Interest | J | T | | | | | *See Notes in Section VIII |
| 3. J.P. Morgan Chase savings account | C | Interest | M | T | | | | | *See Notes in Section VIII |
| 4. AT&T Common Stock | E | Dividend | | | Sold | 04/02/14 | O | E | |
| 5. AT&T Common Stock | E | Dividend | | | Sold | 04/15/14 | K | C | |
| 6. Procter & Gamble Common Stock Option | | None | N | W | | | | | |
| 7. Insignia Bank | | None | K | W | | | | | |
| 8. Real Estate, Chicago, IL | | None | M | T | | | | | *See Notes in Section VIII |
| 9. Constellation Energy Group | | None | | | Distributed | 02/10/14 | J | | *See Notes in Section VIII |
| 10. Dreyfus Premier China Fund | A | Dividend | L | T | | | | | |
| 11. JPMorgan High Yield Bond Fund | C | Interest | M | T | Sold (part) | 04/02/14 | K | A | |
| 12. Pimco Total Return Fund | D | Interest | J | T | Sold (part) | 04/03/14 | M | A | *See Notes in Section VIII |
| 13. Pimco Total Return Fund | D | Interest | J | T | Sold (part) | 07/07/14 | J | A | |
| 14. Vanguard Intermediate Investment Fund | B | Interest | L | T | Sold (part) | 04/03/14 | L | A | |
| 15. Cohen & Sterrs Realty | B | Dividend | M | T | Sold (part) | 12/12/14 | L | A | |
| 16. DFA Emerg. Market | B | Dividend | K | T | Sold (part) | 04/03/14 | J | A | |
| 17. DFA Intl. Small Co. | B | Dividend | L | T | Sold (part) | 04/03/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DFA Intl. Small Co. | B | Dividend | L | T | Buy | 12/12/14 | L | | |
| 19. Fidelity Floating Rate | A | Interest | L | T | Sold (part) | 04/03/14 | J | A | |
| 20. Pimco Com. Real Ret. | D | Interest | | | Sold | 04/02/14 | M | A | |
| 21. Diamond HIll | B | Dividend | K | T | Sold (part) | 04/04/14 | K | A | |
| 22. Diamond Hill | B | Dividend | K | T | Sold (part) | 12/12/14 | K | A | |
| 23. UBS AG Jersey | C | Interest | M | T | Buy | 07/09/14 | J | | |
| 24. UBS AG Jersey | C | Interest | M | T | Buy | 12/16/14 | L | | |
| 25. Harbor International | C | Interest | M | T | Buy | 07/07/14 | K | | |
| 26. Royce PA | C | Dividend | | | Sold | 04/03/14 | M | A | |
| 27. EM International Property | B | Dividend | | | Sold | 12/11/14 | M | A | |
| 28. Goldman Sachs | C | Dividend | | | Sold (part) | 05/05/14 | K | A | |
| 29. Goldman Sachs | C | Dividend | | | Sold | 12/06/14 | L | A | |
| 30. I Shares Russell | D | Dividend | N | T | Buy | 06/24/14 | J | | |
| 31. I Shares Russell | D | Dividend | N | T | Buy | 07/09/14 | J | | |
| 32. Nuveen International | D | Dividend | | | Sold (part) | 01/08/14 | L | | |
| 33. Nuveen International | D | Dividend | | | Sold (part) | 04/03/14 | M | | |
| 34. Nuveen International | D | Dividend | | | Sold | 12/11/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leinenweber, Harry D. | 07/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cullen High Yield | C | Dividend | | | Sold (part) | 04/16/14 | J | A | |
| 36. Cullen High Yield | C | Dividend | K | T | Buy | 05/06/14 | L | | |
| 37. Touchstone | C | Dividend | L | T | | | | | |
| 38. DFA Intl. Core Equity | C | Dividend | M | T | Buy | 07/07/14 | J | | |
| 39. DFA Intl. Core Equity | C | Dividend | M | T | Buy | 12/12/14 | M | | |
| 40. WHV Intl. Equity | B | Dividend | K | T | Buy | 07/07/14 | J | | |
| 41. WHV Intl. Equity | B | Dividend | K | T | Buy | 12/12/14 | J | | |
| 42. SPDR Dow Jones Intl. | A | Dividend | M | T | Buy | 12/11/14 | M | | |
| 43. DFA Tax Managed Intl. DTMIX | D | Dividend | L | T | Sold (part) | 05/06/14 | J | A | |
| 44. DFA Tax Managed Intl. DTMIX | D | Dividend | L | T | Buy | 06/20/14 | J | | |
| 45. Barclay Bank I Path | A | Interest | L | T | Buy | 02/11/14 | L | | |
| 46. Nuveen Short Term Duration High Yield | C | Interest | L | T | Buy | 04/03/14 | L | | |
| 47. Nuveen Short Term Duration High Yield | C | Interest | L | T | Buy | 07/09/14 | J | | |
| 48. Charles Schwab Money Market Fund | A | Interest | M | T | | | | | *See Notes in Section VIII |
| 49. Consolidated Energy (Exelon) | D | Distribution | | | Distributed | 02/10/14 | J | | *See Notes in Section VIII |
| 50. Ryder Systems | G | Distribution | | | Distributed (part) | 06/02/14 | N | | *See Notes in Section VIII |
| 51. Ryder Systems | D | Dividend | | | Sold (part) | 04/04/14 | L | A | *See Notes in Section VIII |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leinenweber, Harry D. | 07/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ryder Systems | D | Dividend | | | Sold | 06/02/14 | M | A | *See Notes in Section VIII |
| 53. AT&T | G | Distribution | P1 | T | Distributed (part) | 02/06/14 | M | | *See Notes in Section VIII |
| 54. Vanguard Total Bond Fund | C | Interest | M | T | Buy | 04/03/14 | M | | |
| 55. Vanguard Intermediate Term Tax-Exempt | D | Interest | M | T | Buy | 02/19/14 | M | | |
| 56. Vanguard Intermediate Term Tax-Exempt | D | Interest | M | T | Buy | 04/03/14 | K | | |
| 57. Vanguard Intermediate Term Tax-Exempt | D | Interest | M | T | Buy | 06/20/14 | K | | |
| 58. Vanguard Intermediate Term Tax-Exempt | D | Interest | M | T | Buy | 07/03/14 | K | | |
| 59. Vanguard Intermediate Term Tax-Exempt | D | Interest | | | Sold (part) | 12/11/14 | L | | |
| 60. Nuveen Short-Term High Yield | C | Interest | L | T | Buy | 04/03/14 | L | | |
| 61. Nuveen Short-Term High Yield | C | Interest | L | T | Buy | 07/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III. - B. Spouse's Non-Investment Income

19. ▊ was a former director of the parent company of Neiman Marcus. She receives a discount for retail purchases.

VII. - Investment and Trusts.

1. This J.P. Morgan Chase account is a personal checking account. Deposits and withdrawals are made throughout the year.

2. This J.P. Morgan Chase account is a personal checking account. Deposits and withdrawals are made throughout the year.

3. This J.P. Morgan Chase account is a personal savings account. Deposits and withdrawals are made throughout the year.

8. Real estate sold on four-year contract.

9. Constellation has been taken over by Exelon Corporation. ▊ has retired as a director and receive stock-based compensation after retirement.

12. Erroneously described as Pimco Retirement Fund in 2013 Report.

48. Charles Schwab Money Market Fund (SWXXX) is a depository of funds resulting from sale of assets in a Charles Schwab account. The funds are temporary and are used almost immediately in the purchase of another asset within the account. This account was inadvertenly omitted from my prior reports.

49. ▊ has retired as Director and received stock based compensation after retirement.

50. Ryder gave ▊ a grant of restricted stock based units as partial compensation. A portion of the units vest annually and are distributed. There are two more annual installments.

51.-52. These were the sales of the 2014 distribution of Ryder stock.

53. ▊ received deferred stock units as partial compensation as a Director. The value of the units are distributed in equal annual installments through 2022.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Harry D. Leinenweber**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544